UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

April 17, 2000

FILED 5-4-00 ENTERED
LODGED 5-4-00 RECEIVED

APR 1 7 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                          DEPUTY

MEMORANDUM TO COUNSEL RE:   Robinson v. Houston
                            Case No. AMD 96-986 (896)

                            Berry v. Robinson
                            Case No. AMD 98-1322

   I write to remind counsel for plaintiffs in these cases (scheduled for trial on June 12 and June 19, 2000, respectively) of the need to have all necessary writs timely and properly processed for your clients and any incarcerated witnesses. Counsel from the Office of the Attorney General and representatives of the United States Marshals Service are available to answer any questions you may have.

   Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                   Very truly yours,

                                   Andre M. Davis
                                   United States District Judge

AMD:tt
cc: Court file