UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801
FAX (410) 962-0820

May 17, 2000

MEMORANDUM TO COUNSEL RE:   Robinson v. Lt. Houston, et al.
Case No. AMD 96-896

In accordance with our conference call on the above date, the schedule in this case will be as follows:

| | | |
|---|---|---|
| Pre-trial conference (by phone) | - | Thursday, September 14, 2000, at 11:00 a.m. |
| Trial (3 days/jury) | - | Monday, September 25, 2000, at 9:30 a.m. |

This unavoidable and regrettable rescheduling of the trial is necessary because of the circumstances outlined in Ms. Lane-Weber's attached letter.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Andre M. Davis
United States District Judge

AMD:tt
cc: Court file
    Mr. Robinson

