IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TOMMY ROBINSON, #226-992 | * | |
| Plaintiff | * | |
| v. | * | CASE NO.: AMD-96-896 |
| LT. ALVIN HOUSTON, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## LINE

Dear Sir or Madam Clerk:

Undersigned counsel's appointment to represent Plaintiff, Tommy Robinson, terminated on September 27, 2000. Plaintiff is now proceeding *Pro Se*. Please withdraw counsels appearance.

BUCK, MIGDAL & MYERS, CHARTERED

Christopher D. Buck
P.O. Box 2400
23 West Street
Annapolis, Maryland 21404-2400
(410) 263-8855

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855

APPROVED,

11/7/2000

FILED
2000 NOV -8 P 3:09
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November 2000, a copy of the foregoing Line was mailed, postage prepaid to Tommy Robinson, #226-992, at Maryland House of Corrections Annex, P.O. Box 534, Jessup, Maryland 20794 and Stephanie Lane-Weber, Assistant Attorney General, at St. Paul Plaza, 19th Floor, 200 St. Paul Place, Baltimore, Maryland 21202.

Christopher D. Buck

LAW OFFICES
BUCK,
MIGDAL & MYERS
CHARTERED

P.O. BOX 2400
ANNAPOLIS, MD 21404

(410) 263-8855