IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Tommy Robinson
  Plaintiff

vs.

Lt. Alvin Hogshed, et al.
  Defendants

AMD-96-896 (L)
AMD-96-1388
AMD-96-1298

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

JAN 10 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff prose a handicap disable person, move this court for an order appointing an attorney and a member of the Maryland bar to represent him in this Appeal because he cannot afford to employ an attorney. This Motion is based on Legal authority for appointment and compensation of counsel is 28 U.S.C. sec. 1915(d) and 18 U.S.C. sec. 3006A (g)m as interpreted in McClain v. Manson, 343 F. Supp. 382 (D. Conn.) 1972.

1. Plaintiff had an attorney name Christopher Burk who withdrew his representation effective Sept. 2, 2000. Plaintiff have since been without representation.

2. In the past this court have denied motions for appointment of counsel and cited the case of Whisenant v. Yuam, 739 F.2d 160 (4th Cir. 1984).

3. Plaintiff understands that Whisenant was in pretrial custody when he started his case and later was [cut off]

[margin annotation: 1/10/2001 DENIED /s/]