IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-96-896 |
| ALVIN HOUSTON, *et al.*, | : | |

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-96-1388 |
| EUGENE NUTH, *et al.*, | : | |

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-00-727 |
| DR. PANOX, *et al.*, | : | |

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-00-2895 |
| STUMP | : | |

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-00-3052 |
| PURYEAR, *et al.*, | : | |

TOMMY ROBINSON, #226992            :

v.                                 :   CIVIL ACTION NO. AMD-00-3101

AYALEW MELAKU, *et al.*,            :

_____

## ORDER

On March 14, 2001 plaintiff filed a Motion for Temporary Restraining Order ("TRO") and/or Preliminary Injunction. (Paper No. 55). He complains that legal materials regarding the above-referenced cases were confiscated on February 19, 2001 and that the materials are still in the possession of prison personnel. (*Id.*). Upon review of the above-captioned cases, the Court notes that Civil Action No. AMD-96-896 is on appeal and Civil Action No. AMD-00-727 is currently pending. The remaining cases are either closed or on inactive/unassigned status.

While the undersigned concludes that plaintiff's request for a TRO shall be denied, Assistant Attorney General Stephanie Lane-Weber shall be directed to Show Cause why plaintiff's legal materials confiscated on February 19, 2001 should not be returned to him so that he may continue litigating his pending cases.

Accordingly, IT IS HEREBY ORDERED by the United States District Court for the District of Maryland this 22 day of March, 2001:

1. That plaintiff's Motion for Temporary Restraining Order (Paper No. 55), **IS DENIED**;

2. That Assistant Attorney General Stephanie Lane-Weber **SHOW CAUSE** within FIFTEEN (15) days from the date of this Order why plaintiff's legal materials confiscated on February 19, 2001 should not be returned to him; and

3. The Clerk of Court **MAIL** a copy of this Order to **plaintiff,** to **Assistant Attorney Generals Stephanie Lane-Weber, and all other counsel of record in Civil Action No. AMD-96-896 and Civil Action No. AMD-00-727**.

*/s/ Andre M. Davis*
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE