IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-96-896 |
| ALVIN HOUSTON, *et al.*, | : | |

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-96-1388 |
| EUGENE NUTH, *et al.*, | : | |

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-00-727 |
| DR. PANOX, *et al.*, | : | |

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-00-2895 |
| STUMP | : | |

| | | |
|---|---|---|
| TOMMY ROBINSON, #226992 | : | |
| v. | : | CIVIL ACTION NO. AMD-00-3052 |
| PURYEAR, *et al.*, | : | |



TOMMY ROBINSON, #226992 :

v. : CIVIL ACTION NO. AMD-00-3101

AYALEW MELAKU, *et al.*, :

_____

## ORDER

On April 9, 2001 a response was filed to the Court's March 22, 2001 Order to Show Cause. Accordingly, plaintiff shall be granted fourteen (14) days to respond to the Show Cause response and/or otherwise demonstrate why the March 22 Order to Show Cause should not be quashed.

Accordingly, IT IS HEREBY ORDERED by the United States District Court for the District of Maryland this ___18___ day of ___April___, 2001:

1. That plaintiff **IS GRANTED** fourteen (14) days from the entry date of this Order to respond to defendants' Show Cause Response and/or demonstrate why the Court's March 22 Show Cause Order should not be quashed in light of defendants' response; and

2. The Clerk of Court **MAIL** a copy of this Order to **plaintiff** and **counsel of record**.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE