IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TOMMY ROBINSON, #226992 | : |
| v. | : CIVIL ACTION NO. AMD-96-896 |
| ALVIN HOUSTON, *et al.*, | : |
| | |
| TOMMY ROBINSON, #226992 | : |
| v. | : CIVIL ACTION NO. AMD-96-1388 |
| EUGENE NUTH, *et al.*, | : |
| | |
| TOMMY ROBINSON, #226992 | : |
| v. | : CIVIL ACTION NO. AMD-00-727 |
| DR. PANOX, *et al.*, | : |
| | |
| TOMMY ROBINSON, #226992 | : |
| v. | : CIVIL ACTION NO. AMD-00-2895 |
| STUMP | : |
| | |
| TOMMY ROBINSON, #226992 | : |
| v. | : CIVIL ACTION NO. AMD-00-3052 |
| PURYEAR, *et al.*, | : |



TOMMY ROBINSON, #226992   :

 v.   : CIVIL ACTION NO. AMD-00-3101

AYALEW MELAKU, *et al.*,   :

_____

### ORDER

On April 18, 2001 the Court granted plaintiff fourteen (14) days to respond to the Show Cause response filed by Assistant Attorney General Stephanie Lane-Weber on April 9, 2001 regarding plaintiff's assertion that his legal materials had been improperly confiscated. As of the within signature date, plaintiff has not filed a response. Therefore, the Court finds that it's March 22, 2001 Order to Show Cause shall be quashed.

Accordingly, IT IS HEREBY ORDERED by the United States District Court for the District of Maryland this ___3___ day of ___May___, 2001:

1. That the Court's March 22, 2001 Order to Show Cause **IS QUASHED**; and

2. The Clerk of Court **MAIL** a copy of this Order to **plaintiff** and **counsel of record**.

            _____
            ANDRE M. DAVIS
            UNITED STATES DISTRICT JUDGE